

**FILED**

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0037

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0037

DARRIN WILLIAM MATT,

Petitioner,

v.

DONALD BELL, Lake County Sheriff,

Respondent.

**FILED**

JAN 3 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Petitioner Darrin William Matt petitions this Court for habeas corpus relief, indicating that he is in jail and that his bail is excessive. Matt is being held in the Lake County Jail.

Matt explains that he is being illegally incarcerated. Matt provides that he has two consecutive $10,000 cash or commercial surety bonds. He states that he cannot afford that amount. Matt requests that he be released on his own recognizance or have a concurrent bond of $5,000. Matt raises several other claims that are not remedied by habeas corpus.

We secured copies of the register of actions. In September 2022, the State of Montana charged Matt with felony assault on a peace officer or judicial officer and felony criminal possession of dangerous drugs in two separate cases. The court arraigned Matt in both matters, and Matt has representation of counsel. The court has set jury trials.

Montana's statute for habeas corpus relief provides that a court may inquire into the cause of restraint or incarceration to determine its illegality. Section 46-22-101(1), MCA. Matt has not demonstrated want of bail, pursuant to § 46-22-103, MCA, because the court has imposed an amount for his two pending cases. This Court has determined that a district court has the discretion to grant or deny release and bail as well to set conditions. *Grafft v. Mont. Fourth Judicial Dist. Ct.*, 2021 MT 201, ¶ 11, 405 Mont. 192, 492 P.3d 1213. We observe that the State filed a Notice of Persistent Felony Offender in the assault case. His

pending criminal cases in District Court are the cause of his incarceration. Matt has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA.

Matt should refrain from filing pleadings on his own behalf with this Court while he is represented by counsel. M. R. App. P. 10(1)(c). Accordingly,

IT IS ORDERED that Matt's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Molly Owen, District Court Judge; Lyn Fricker, Clerk of District Court, under Cause No. DC 22-285 and DC 22-300; Donald Bell, Laek County Sheriff; Brendan McQuillan, Lake County Attorney's Office; Colton Risinger and Haleigh Thrall, Defense Counsel; counsel of record, and Darrin William Matt personally.

DATED this 31st day of January, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2